FILED
CLERK, U.S. DISTRICT COURT
MAY 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENGHIS KHAN ALI STEVENSON, | NO. CV 07-07045 GAF (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 5/27/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE